UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDERSON MARK PEROUSE,

Petitioner,

v.

WARDEN, CENTRAL VALLEY ANNEX DETENTION,

Respondent.

No. 1:26-cv-07208-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DIMISS, AND DISMISSING PETITION FOR WRIT OF *HABEAS CORPUS*

(Doc. Nos. 1, 7, 8)

Petitioner Anderson Mark Perouse is a former federal immigration detainee proceeding with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that respondent's motion to dismiss (Doc. No. 7) be granted, and petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be dismissed. (Doc. No. 8.) Specifically, the magistrate judge concluded that petitioner's detention is mandated by 8 U.S.C. § 1231(a)(2) because he was subject to a final order of removal as of August 22, 2026, after the period to appeal that removal order expired. (*Id.* at 3–5.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within

/////

fourteen (14) days after service. (*Id.*) To date, no party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on October 26, 2026 (Doc. No. 8) are ADOPTED IN FULL;
2. Respondent's motion to dismiss (Doc. No. 7) is GRANTED;
3. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is DISMISSED without prejudice to re-filing should petitioner remain in custody after the expiration of the mandatory period; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE